# CRIMINAL DOCKET - U.S. District Court

**AO 256 (Rev. 2/86)**

| PO | ☐ | 417 | 03 | Assigned 1709 | ☐ WRIT | U.S. VS. | (LAST, FIRST, MIDDLE) JENNETT, Jeffrey, a/k/a Jeffrey Miller Jennett | Case Filed Mo. 12 Day 18 Yr. 90 | Docket No. 00075 | Def. 01 |
|---|---|---|---|---|---|---|---|---|---|---|
| Misd. | ☐ | | | Displ/S... 1701 | ☐ JUVENILE ☐ ALIAS | | | No. of Def's 2 | U.S. MAG. CASE NO. | |
| Felony | ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ▶ | | | | | |

## I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. / NG |
|---|---|---|---|
| 18:641 & 18:2 | stealing two Colt M-16 rifles and aiding and abetting (Ct. 1) | 1 | |
| 18:113 & 18:2 | Assault with intent to commit robbery & aiding and abetting (Ct. 2) | 1 | |
| 18:924(c) | Knowingly used and carried a firearm during and in relation to a crime of violence (Ct. 3) | 1 | |
| 26:5961(b) | Knowingly received and possessed a firearm, transferred in contravention 02 21:5812,5861(b)&5871 (Ct. 4) | 1 | |
| 53:26:§§5822, 5861(c) & 5871 | Possession of firearms (Crts. 5,6,7,8,9&10) | 6 | |

## II. KEY DATE

**INTERVAL ONE**
- KEY DATE: 12-3-90 (EARLIEST OF)
- ☒ appears — on complaint

**END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL)**
- ☒ Indictment filed/unsealed
- KEY DATE: 12-18-90 (APPLICABLE)

- KEY DATE: 12-18-90
  - a) ☒ 1st appears on pending charge /R40

**END INTERVAL TWO**
- KEY DATE: 2-19-91 (APPLICABLE)
- ✓ Pled guilty

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 2-19-91 | SENTENCE DATE 5-20-91 | ☐ PTD Nolle Pros. | FINAL CHARGES DISMISSED |
|---|---|---|---|---|---|---|---|---|

## III. MAGISTRATE

(blank fields for Search Warrant, Summons, Arrest Warrant, Complaint, Date of Arrest)

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION / REMOVAL HEARING
☐ WAIVED ☐ NOT WAIVED
☐ INTERVENING INDICTMENT

## IV. ATTORNEYS

U. S. Attorney or Asst.

J. Douglas McCullough

Defense: 1 ☒ CJA. 2 ☒ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non / Other. 6 ☐ PD. 7 ☐ CD

(Federal Custody)

(appt) Robert L. Cooper
P.O. Drawer 1598
Fayetteville, NC 28302
483-3843
(12/28 - Per Mr. Cooper to file m/to withdraw)  *W/drawn 1-7-91*

(Pvt) - 12/28 - H. Gerald Beaver
P. O. Box 53247
Fay, N.C. 28305
323-4600

70 days up: 2/26/91

Sent: May 20, 91
Arr & Ptd: 2/19/91 Ral

**BAIL RELEASE** — PRE-INDICTMENT / POST-INDICTMENT sections (blank)

| DATE | # | V. PROCEEDINGS | | | |
| --- | --- | --- | --- | --- | --- |
| 11-9-90 | 1 | CRIMINAL COMPLAINT - 90-767-M-3    jh | | | |
| 11-26-90 | 2 | Received from the District of South Carolina - the following documents: Commitment to Another District<br>Waiver of Rule 40 Hearings<br>Order: that the FPD is appointed to rerpesent the defendant<br>Order of Temporary Detention Pneding Trial<br>(Mag. Robert S. Carr)    Jh | | | |
| 12-3-90 | | INITIAL APPEARANCE ON CRIMINAL COMPLAINT at Fay Before Mag. Dixon (Proceedings Recorded) Adv. of all rights. FPD Ordered in this case. Govt moves for Detention pending trial Deft remanded to the custody of the USM pending det. hearing in this case.    jh | | | |
| 12-3-90 | 3 | MOTION FOR PRETRIAL DETENTION - by: Govt - lc: Mag. Dixon  jh | | | |
| 12-3-90 | 4 | ORDER that the FPD provide representation in this case.<br>(Mag. Dixon)c: FPD Office    jh | | | |
| 12-3-90 | 5 | ORDER OF TEMPORARY DETENTION PENDING HEARING - set for Wed. Dec. 5, 1990 at 10AM in Fay Before Mag. dixon - c: FPD, USA, USPO, PTS, USM    jh | | | |
| 12-3-90 | | NOTICE ISSUED - for Det/Prob. Cause Hearing at Fay Before Mag. Dixon on Wednesday, december 5, 1990 at 10AM<br>c: FPD, USA, USM, PTS, Joyce Todd-Civil, Court Reporter, Mag. Dixon    jh | | | |
| 12-4-90 | 6 | ORDER the deft. hearing set on 12/5 at 10AM is cont. to 12/12 at 2PM. (Mag. Dixon) c: USA, Counsel, PTS, USM  jh | | | |
| 12-4-90 | 7 | REQUEST FOR DISCOVERY - w/cs by: Robert L. Cooper    jh | | | |
| 12-12-90 | | DETENTION HEARING at Fay Before Mag. Dixon (C.R.-Carolyn Williams) Court finds probable cause - deft ordered detained pending the trial of this case.    jh | | | |
| 12-14-90 | 8 | ORDER OF DETENTION PENDING TRIAL - the court perceives the deft to be a danger to the safety of the community and other persons and is satisfied of this concern by clear and convincing evidence. The deft is Ordered detained pending disposition of this case. (Mag. Dixon) c: USA, USPO, USM, Deft, Counsel    Jh | | | |
| 12-19-90 | 9 | MOTION FOR REVIEW OF ORDER OF DETENTION PENDING TRIAL - w/cs by Cooper - lc: Judge Howard    jh | 12-19-90<br>2-12-91 | | |
| *12-13-90 | 10 | NOTICE OF APPEARANCE BY: Robert L. Cooper -    jh | | | |
| 12-18-90 | 11 | INDICTMENT FILED - c: USA, USPO, USM, Judge Howard, Mag. Dixon, New Bern, Division, Mag. Mccotter    jh | | | |
| 12/21/90 | 12. | APPEARANCE OF COUNSEL - by ATty. H. Gerald Beaver (Atty. Cooper to file m/withdraw) - lc: USA, USPO, Judge Howard Mag. MCcotter.    sr | | | |
| | 13. | ORDER ON PRETRIAL SCHEDULING -<br>discovery by 1/9/91<br>motions by 1/21/91<br>responses - 10 days of service of motions<br>(McCotter, mag.) lc: Judge Howard, USA and counsel<br>(ent. 12/28/90)    sr | | | |
| 12-28-90 | 14 | MOTION FOR LEAVE TO WITHDRAW - by: Robert L. Cooper - lc: Mag. McCotter    jh | 12-28-90<br>1-7-91 | | 10 |
| 1/7/91 | 15. | ORDER - Mr. Cooper is allowed to w/draw as counsel as deft. has obtained prviately-retained counsel H. Gerald Beaver (MCcotter, Mag.) Cr. OB#15, P. 8 -<br>lc: USA, USPO, mag. McCotter and :Mr.Cooper and Mr. Beaver (ent. 1/7/91) | | | |
| 1-8-91 | 16 | MOTION TO EXTEND TIME FOR DISCOVERY AND FILING OF PRETRIAL MOTIONS - w/cs by: Beaver - lc: Judge McCotter    jh | 1-8-91<br>1-11-91 | | 3 |

| DATE | PROCEEDINGS (continued) | V. EXCLUDABLE DELAY | | | |
|---|---|---|---|---|---|
| | (Document No.) | (a) | (b) | (c) | (d) |
| 1-11-91 | 17. **ORDER** Voluntary discovery is extended to Jan. 16, 1991. Mtns by: 1/28/91 and Responses within 10 days of service of such mtns. (**Judge McCotter**) O.B.#14, P.16 <br> c: USA, Counsel, J. Howard                                         jh | | | | |
| 1-23-91 | 18 **MOTION** w/cs by govt - to remove deft from custody of USM to the custody of ATF Agents - (**McCullough**) <br> c: Judge Denson                                                                                                      jh | | | | |
| 1-23-91 | 19 **ORDER** that these federal agents (ATF) contact the USM or his designee in advance to make arrangments for removal of the deft. ORDERED to return the deft to the custody of the USM for safekeeping overnight, unless other arrangements have specifically been permitted by the Court. (**Judge Denson**) O.B.#15, P.38 - c: USA for service                             jh | | | | |
| 1-29-91 | 20 **MOTION** to remove deft from the custody of the USM - by: Skiver - lc: Judge Denson - w/prop. Order                                                                                                                               jh | | | | |
| 1-29-91 | 21 **ORDER** that these federal agents contact the USM or his designee in advance to make appropraite arrangements for removal fro the custody of the USM - ORDERED to return the deft to the custody of the USM Service for safekeeping overnight unless other arrangements have specifically been permitted by the Court. (**Judge Denson**)O.B.#14, P.44 5 cert cys: USA for Service                                                                                                                    jh | | | | |
| ** 1-4-91 | 22 **RETURN ON WARRANT FOR ARREST** - date rec'd 12/13/90, date of arrest 11/15/90 (Kirk D. Armfield, FBI) | | | | |
| 2-7-91 Vol. | 23. **TRANSCRIPT** of detention/probable cause hearing before The Honorable Wallace W. Dison on December 12, 1990 in Fayetteville, NC - C.R. Carol W. Williams - (1 Volume - Pages 1 thru 100)                                      jm | | | | |
| 2-7-91 | **ISSUED NOTICE FOR ARR & TRIAL ON** Tues. Feb. 19, 1991 at 10AM in Ral Before J. Howard - c: USA, PTS, USPO, USM, Deft, Counsel                                                                                                        jh | | | | |
| 2-12-91 | 24. **ORDER** - this court DENIES the motion of the deft for revocation or amendment of the detention order (**Judge Howard**) O.B.#14, P.62 - c: Counsel, USA, J. Howard                                                          jh | | | | |
| 2/19/91 | **AT RALEIGH BEFORE JUDGE HOWARD** - (**C.R. Sharon Kroeger**) <br> Deft. sworn - deft. comtetent - Rule 11 conducted. Advised of charges; Plea of guilty to Counts 1, 2, 6, & 9- Govt. summarized evidence, Plea freely and voluntarily entered <br> 25 MEMORANDUM OF PLEA AGREEMENT FILED <br> Court accepts plea/Factual basis exists <br> BOND: Federal Custody <br> Deft's. Motion to Dismiss Remaining Counts - under advisement <br> SENT date: May 20, 1991 - Fayetteville                                       BLL | | | | |
| 5/1/91 | **ISSUED NOTICE TO APPEAR** - set for sentencing on Monday, 5/20/91 at 10 A.M. in Fay. before Judge Howard - lc: USA and counsel of record                                                                                               sr | | | | |

Case 3:90-cr-00075-H   Document 1   Filed 12/18/90   Page 3 of 4

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 5-20-91 | 26  JUDGMENT AND COMMITMENT at Fayetteville before Judge Howard (C.R. - Donna Tomawski)<br>Cts. 3, 4, 5, 7, 8 & 10 - dismissed<br>Cts. 6 and 9 - BOP - 18 months (concurrent w/Cts. 1&2)<br>supv. rel. - 36 months<br>$100.00 - special assessment<br>Fine - $6,000.00 - pd. under supv. of prob. in equal monthly installments of not less than $150.00<br>(Cts. 6 & 9 - consolidated for judgment)<br>1. that the deft pay the fine of $6,000 w/pmts to begin & cont. during deft's incarceration. The unpaid portion to be paid under prob. supv. in equal monthly installments of not less than $150.00.<br>2. that the deft not incur new credit charges or open addt'l lines of credit w/o approval of prob. ofcr.<br>3. that the deft provide prob. ofcr. w/any req. fin. info.<br>Statement of Reasons<br>(Judge Howard)  O.B. #15, p. 185  c: USA, USPO, USM, Deft, Counsel, PTS, Judge Howard, Fin. Dpty<br>Entered:  5/24/91 | sa | | | |
| 5-20-91 | Presentence Report Sealed | sa | | | |
| 5-20-91 | 27  JUDGMENT AND COMMITMENT at Fayetteville before Judge Howard (C.R. - Donna Tomawski)<br>Count 1 - AG 18 months, to run concurrently w/the sent. imposed in the guidelines Cts. 6 & 9<br>Count 2 - AG 18 months, to run concurrently w/the sent. imposed in Ct. 1<br>$100.00 special assessment - any balance owing at the exp. of confinement to be paid dur. term of supv. rel.<br>That the deft. abide the standard conditions as set out in the Judgment.<br>That the deft. surrender for svc of sent. at an inst. desig. by BOP as notified by the USM.<br>(Judge Howard) O.B.#15, p. 186  cc: USA, USPO, USM, Deft, Counsel, PTS, Judge Howard, Fin. Dpty.<br>Ent. 5/24/91 | sa | | | |
| 5-20-91 | 28  ORDER SETTING CONDITIONS OF RELEASE - $25,000 unsecured & 3rd party cust. w/sp. conds.<br>(Judge Howard) c: USA, PTS, USPO, USM, Deft, Counsel | sa | | | |
| 5-20-91 | 29  APPEARANCE BOND - in the amt. of $25,000 unsecured<br>(Judge Howard) c: USA, PTS, USPO, USM, Deft, Counsel | sa | | | |
| 5-20-91 | 30  ORDER TO SURRENDER - deft. to surrender to AG by rpting to inst. as desig. by USM.  cc: USM | sa | | | |
| 6-11-91 | AMENDED JUDGMENT AND COMMITMENT (GUIDELINE) as to Title & Section Only - (Judge Howard) c: USA, USPO, USM, Deft, Counsel, J. Howard       Ent. 6/12/91       jh | | | | |
| 6-11-91 | AMENDED JUDGMNET AND COMMITMENT (NONGUIDELINE) as to Natureof Offense and Date of Offense concluded Only. (Judge Howard) c: USA, USPO, USM, Deft, Counsel, J. Howard, PTS    Ent. 6/12/91 jh | | | | |
| 8-30-91 | RETURN ON J/C - Self Surr on 7/10/91 to FCI, Fort Worth, Tx jh | | | | |
| 8-30-91 | RETURN ON J/C - Self Surr on 7/10/91 to FCI, Fort Worth, Tx jh | | | | |
| 3-6-92 | VOL. TRANSCRIPT SENTENCING 5/20/91 Before Judge Howard at Fayetteville (C.R.-Donna Tomawski) | jh | | | |
| 4/30/95 | SATISFACTION OF JUDGMENT by USA   jh | | | | |

Case 3:90-cr-00075-H   Document 1   Filed 12/18/90   Page 4 of 4